IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**MUSTANG DRILLING COMPANY, LLC**                                               **PLAINTIFF**

**v.**                           **CIVIL ACTION NO. 2:16-cv-215-KS-MTP**

**UNITED STATES OF AMERICA**                                                        **DEFENDANT**

## ORDER

THIS MATTER is before the Court on the parties' Joint Motion to Extend Deadline for Mediation or Settlement Conference [24]. On April 26, 2017, the Court entered a Case Management Order [18] which directed the parties to schedule and complete a private mediation or settlement conference by the discovery deadline—November 1, 2017. On October 25, 2017, the parties filed the instant Motion [24], complaining that the ADR deadline corresponds with the discovery deadline and does not allow the parties an opportunity to obtain discovery and fully evaluate their positions. The parties seek a 90-day extension of the ADR deadline.

The Local Rules, however, provide as follows:

> The ADR deadline will be a date no later than the close of the discovery period and preferably sooner, subject to the particularities of the case. The ADR deadline should permit sufficient time for discovery necessary to enable the parties to have an effective medication or settlement conference, but be sufficiently in advance of the discovery deadline to encourage early discovery and the avoidance of unnecessary expense.

*See* L.U. Civ. R. 83.7(f)(2).

The Court does not find good cause to grant the parties requested 90-day extension. However, the Court will extend the ADR deadline to December 15, 2017. This should provide the parties more than sufficient time to complete discovery, evaluate their positions, and complete a mediation.

1

IT IS, THEREFORE, ORDERED that:

1. The Joint Motion to Extend Deadline for Mediation or Settlement Conference [24] is GRANTED in part and DENIED in part.

2. The deadline for the parties to schedule and complete a mediation is extended to December 15, 2017.

SO ORDERED this the 27th day of October, 2017.

> s/Michael T. Parker
> UNITED STATES MAGISTRATE JUDGE